THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN D. GULLEY, Defendant-Appellant.

(No. 74-30;

Second District (1st Division)—April 21, 1975.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Martin Moltz, both of Illinois State's Attorneys Association, of counsel), for the People.